| | |
|---|---|
| 1  Christopher Bryan | Date: 10/16/2014 |
| 132 Hope St –Unit D | |
| 2  Stamford, CT 06906 | |
| Phone: 914-539-1166 Fax: 480-772-4165 | |
| 3  chrisbryan@gmail.com | |

U.S. DISTRICT COURT FILED OCT 16 2014 WP S.D. OF N.Y.

4 **FEDERAL BUILDING AND COURTHOUSE**

5 **SOUTHERN DISTRICT OF NEW YORK**

6 **300 QUARROPAS STREET**

7 **WHITE PLAINS, NY 10601-4150**

**14 CIV. 8305**

8  CHRISTOPHER BRYAN,    CIVIL COMPLAINT:_____

**JUDGE ROMAN**

9        Plaintiff,

10 vs.    **NOTICE OF COMPLAINT**
   JURY TRIAL REQUESTED

11 THE PEOPLE OF THE STATE OF NY, et al
   Adeel Mirza

12        Defendant

14     I myself, Plaintiff Christopher Bryan acting *Pro Se* am making a claim of FALSE ARREST,

15 VIOLATION OF RIGHTS, AND GROSS NEGLIGENCE, against the state of NY and arresting officers Kenneth

16 Launzinger, Nicholas Piqueras.

17     On January 31, 2014 plaintiff (myself) Christopher Bryan was arrested for recording during a

18 custody hearing involving (my) his children at the address of:

> Family Court
> 111 Dr. Martin Luther King Jr. Blvd.
> White Plains, NY 10601
> Tel: 914-824-5500
> Fax: 914-995-8650

22     During subsequent court dates I (he) was refused the ability to record, represent myself under

23 FARETTA v. CALIFORNIA, mocked and persecuted with religious rite over law, and denied in the interest of

24 justice under 28 U.S.C. § 1404(A) the ability to move venue.

25

NOTICE OF CLAIM

## BASIS FOR JURISDICTION

As it stands recording is endorsed under 'one party consent' under 18 U.S.C. § 2511(2)(d) as indicated in case law Caro v. Weintraub 09-3685-cv of the 2nd District.

In arresting the plaintiff, officers and subsequently attorneys sought to ignore 18 U.S.C. § 2511(2)(d) and the 'supremacy clause' of Article Six of the Constitution and the Fourteenth Amendment, which includes the plaintiff's right to record conversations of which he is a 'party'.

## REQUEST FOR RELIEF

Plaintiff is seeking both compensatory and punitive damages to be yet named, as the case is unresolved and ongoing in the state of New York at the courthouse of:

WHITE PLAINS CITY COURT

77 S LEXINGTON AVE

WHITE PLAINS, NY 10601

JURY TRIAL IS REQUESTED.

| | |
|---|---|
| Name: | Christopher Bryan |
| Address: | 132 Hope St – Unit D |
| City, State: | Stamford, CT 06906 |
| Phone: | 914-539-1166 |
| Fax: | 480-772-4165 |
| Email: | chrisbryan@gmail.com |

_____
**CHRISTOPHER BRYAN**
*PRO SE LITIGANT*

NOTICE OF CLAIM